UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
THE CADLE COMPANY,

                         Plaintiff,

                                                              **MEMORANDUM & ORDER**

            -against-
                                                              07 CV 3706 (RJD) (CLP)

LINDA GRECO, et al.,

                         Defendants.
------------------------------------------------------X
DEARIE, Chief Judge.

        The Court has reviewed the correspondence from counsel, dated October 15, 2007,

November 1, 2007, and November 2, 2007, and construes the letters as a motion to vacate the

default judgment that was entered on October 12, 2007, against Defendants Linda Greco and

G46, LLC.  The motion is granted.  The proceedings will continue under the supervision of

Magistrate Judge Cheryl L. Pollak.  For the future, the Court expects the parties to litigate

professionally, without unnecessary delay, and in a manner befitting of counsel appearing before

a United States District Court.

SO ORDERED.

Dated: Brooklyn, New York
        November  16  , 2007

                                                    s/ Judge Raymond J. Dearie
                                                    _____
                                                    RAYMOND J. DEARIE
                                                    United States District Judge