UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE CADLE COMPANY,

                      Petitioner,

   -against-                                      **ORDER**
                                                  07 CV 3706 (RJD)(CLP)

LINDA GRECO, et al.,

                      Defendant.
-----------------------------------------------------------x

DEARIE, Chief Judge.

On May 1, 2008, Magistrate Judge Pollak issued a Report and Recommendation ("Report") in the above-referenced case. Defendants Warren Forman, Hilda Forman, and PJC Assets, LLC filed objections to the Report on May 15, 2008, which defendant Linda Greco joined through a letter filed the same day. Plaintiff The Cadle Company filed a response on May 23, 2008.

Magistrate Judge Pollak produced a thorough and thoughtful review of the arguments presented by both parties, concluding ultimately that the defendant had failed to overcome the strong presumption that the face of the Complaint serves as a good faith representation of the amount in controversy. The Court reviews the Report and the objections de novo. After careful consideration, the Court adopts Magistrate Judge Pollak's Report in its entirety and without qualification. Defendants' motion to dismiss for lack of subject matter jurisdiction is therefore denied.

SO ORDERED.

Dated: Brooklyn, New York
        September _30_, 2008                          s/ Judge Raymond J. Dearie

                                                          RAYMOND J. DEARIE
                                                         United States District Judge